SMITH v. MITCHELL

No. 36 PC.

No. 127 (Spring Term).

Case below: 44 N.C. App. 474.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 1 April 1980.

STATE v. CAMPBELL

No. 99 PC.

Case below: 42 N.C. App. 361.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 1 April 1980.

STATE v. ELAM

No. 55 PC.

No. 131 (Spring Term).

Case below: 44 N.C. App. 731.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 1 April 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 1 April 1980.

STATE v. GOODE

No. 33 PC.

No. 128 (Spring Term 1980).

Case below: 44 N.C. App. 498.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 1 April 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 1 April 1980.